

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DOMINIQUE F. SAINT-FORT**
*Senior Counsel*
Labor & Employment Law Division
(212) 356-2444
dosaint@law.nyc.gov

October 18, 2022

<u>**VIA ECF**</u>
Hon. Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Zuckerman v. Gonzalez, et al.*
      22 CV 3384 (CBA)(RER)

Dear Judge Amon:

    I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.  On Friday October 14, 2022, I filed a copy of Defendants' motion to dismiss the complaint and accompanying memorandum of law in support ("the motion") on ECF, intending to both file the motion and serve opposing counsel.  A copy of the motion was mailed to opposing counsel on Monday October 17, 2022.  I apologize to the Court and opposing counsel for failing to follow this Court's Individual Practices by prematurely filing the motion. A copy of the cover letter sent to Plaintiff's counsel enclosing the motion is attached hereto.  *See* Exhibit A.

        Respectfully submitted,

        */s/ Dominique F. Saint-Fort*
        Dominique F. Saint-Fort
        Senior Counsel

cc: Law Office of Kevin Mintzer, P.C. (via ECF)
   Kevin Mintzer
   *Attorneys for Plaintiff*
   1350 Broadway Ste. 2220
   New York, New York 10018
   (646)843-8180